People v Hincapie (2021 NY Slip Op 50041(U))

[*1]

People v Hincapie (Michael)

2021 NY Slip Op 50041(U) [70 Misc 3d 136(A)]

Decided on January 22, 2021

Appellate Term, First Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on January 22, 2021
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Edmead, P.J., Higgitt, McShan, JJ.

18-130/131

The People of the State of New York,
Respondent, 
against
Michael Hincapie, Defendant-Appellant.

Defendant appeals from (1) a judgment of the Criminal Court of the City of New York, New
York County (Heidi C. Cesare, J.), rendered October 11, 2017, convicting him, upon his plea of
guilty, of forcible touching, and imposing sentence, and (2) an order (same court and Judge),
dated November 20, 2017, which adjudicated him a level two sex offender under the Sex
Offender Registration Act (Correction Law Art. 6—C).

Per Curiam.
Judgment of conviction (Heidi C. Cesare, J.), rendered October 11, 2017, affirmed. Appeal
from order (Heidi C. Cesare, J.), dated November 20, 2017, dismissed, as abandoned.
Application by appellant's counsel to withdraw as counsel is granted (see Anders v
California, 386 US 738 [1967]; People v Saunders, 52 AD2d 833 [1976]). We have
reviewed this record and agree with defendant's assigned counsel that there are no nonfrivolous
issues that could be raised in this appeal.
All concur
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.

Clerk of the Court
Decision Date: January 22, 2021